RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/26/08
6B

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TIMOTHY MARK ROBINSON** | * | **CRIMINAL NO. 08-0106** |
| **VERSUS** | * | **JUDGE HAIK** |
| **UNITED STATES OF LOUISIANA** | * | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 be **DENIED AND DISMISSED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 26th day of June, 2008.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE